IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| EFRAIN ACEVEDO, | § |
| Plaintiff, | § § § |
| VS. | § CIVIL ACTION NO. 3:14-CV-183 |
| JOHNY ABRAHAM, *et al.*, | § § § |
| Defendants. | § § § |

## ORDER

The Texas Attorney General has, at the Court's request, provided a *Martinez* report[1] and requested that the Court seal it. The Attorney General's motion to seal (Dkt. 15) is **GRANTED**.

The Attorney General served Acevedo with a copy of the *Martinez* report. Because the *Martinez* report contains legal arguments and refers to exhibits and matters outside the pleadings, the Court converts that report to a motion for summary judgment under Federal Rule of Civil Procedure 56 and **ORDERS** Acevedo to file any response by **July 30, 2017**. The Attorney General shall file any reply by **August 15, 2017**.

---

[1] *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1987); *see also Cay v. Estelle*, 789 F.2d 318, 323 & n.4 (5th Cir. 1986) (discussing the utility of a *Martinez* report).

The Clerk will provide a copy of this order to the parties and to counsel for *amicus curiae*, the Office of the Texas Attorney General.

SIGNED at Galveston, Texas, on June 15, 2017.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE